172 A.3d 1089

LISA R. MOSES, APPELLANT-PETITIONER, v. BOARD
OF REVIEW, RESPONDENT-RESPONDENT.

C–300 September Term 2017
077699

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003726–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1089

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. THOMAS WOLFE, DEFENDANT-PETITIONER.

C–310 September Term 2017
079185

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004256–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.